IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ASHLEY M. MAHDY,
LOTTIE MARIE TRAMONTE MAHDY,
CHRISTIAN SZABO-WILLIAMS, and
LINDA M. MANSELL, as Parent and
Next Friend of Minor, ALEXIS MANSELL,

      Plaintiffs,

v.                             No. CIV-13-0852 MV/LAM

LARRY J. CEARLEY, and the
VILLAGE OF MAGDALENA, NEW MEXICO,

      Defendants.

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Amend Scheduling Order (Doc. 19)*. The Court, having considered the Motion, and being otherwise fully advised in the premises, **FINDS** that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Stipulated Motion to Amend Scheduling Order (Doc. 19)* is **GRANTED** and all deadlines previously imposed by the Court's Scheduling Order of December 12, 2013 [*Doc. 16*] are hereby stayed. Plaintiffs shall have **forty-five (45) days** from the entry of this Order to depose the other law enforcement officers who were present at the scene of the incident. Defendants shall then have **thirty (30) days** to file any Motion for Qualified Immunity. In the event that the Motion for Qualified Immunity is denied and all appellate remedies are exhausted, the Court will enter a new Scheduling Order.

      IT IS SO ORDERED.

                                                **LOURDES A. MARTÍNEZ**
                                                **UNITED STATES MAGISTRATE JUDGE**

APPROVED: *(Prior to modification by the Court)*

/s/ James P. Lyle, Attorney
James P. Lyle
Attorney for Defendants

/s/ Brad D. Hall, Attorney
Brad D. Hall
Attorney for Plaintiffs