IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ASHLEY M. MAHDY,
LOTTIE MARIE TRAMONTE MAHDY,
CHRISTIAN SZABO-WILLIAMS, and
ALEXIS MANSELL,

        Plaintiffs,

v.                              No. CIV-13-0852 MV/LAM

LARRY J. CEARLEY, and the
VILLAGE OF MAGDALENA, NEW MEXICO,

        Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition (Doc. 35)*, filed on May 2, 2014. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 35)* and deny Plaintiffs' *Motion to Amend Complaint (Doc. 24)*.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 35)* are **ADOPTED** by the Court;

**IT IS FURTHER ORDERED** that Plaintiffs' *Motion to Amend Complaint (Doc. 24)* is **DENIED**;

**IT IS FURTHER ORDERED** that the clerk's office shall amend the docket of this case so that Plaintiff Alexis Mansell is listed as a plaintiff and Linda M. Mansell is removed as her parent and next friend; and

**IT IS FURTHER ORDERED** that Defendants shall have **twenty (20) days from entry of this Order** in which to file their motion for qualified immunity.

**IT IS SO ORDERED.**

_____
**HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE**